IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

25-CV-1505
PAD

PRISONER CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

DEMANDA POR VIOLACION A DERECHOS CIVILES DE CONFINADO
42 U.S.C. § 1983

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2025 SEP 18 PM 2:06

José R. Padró Vázquez
Full name of plaintiff
Nombre completo del demandante

v.

Carolina Catering Corporation

Full name(s) of defendant(s)
nombre completo de(l)(los) demandado(s)

I.  Previous lawsuits.
    Pleitos radicados anteriormente.

    A.  Have you brought other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        ¿Ha iniciado usted otros pleitos en los tribunales estatales o federales que tengan que ver con los mismos hechos de la presente acción o que se relacionen con su reclusión?

        ( )  Yes (Sí)                    (✓)  No

    B.  If your answer to "A" is yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

        Si la contestación a la pregunta "A" es en la afirmativa, describa el pleito en el espacio siguiente. De existir más de un pleito, descríbalos en otro papel

42:1983                                    -1-

*utilizando el mismo modelo.*

1. Parties to the previous lawsuit.
   *Partes en el pleito anterior.*

   Plaintiff(s)
   *Demandante(s)*   _____

   _____

   Defendant(s)
   *Demandado(s)*   _____

   _____

2. Court. If federal court, name the district, if state court, name the county or part.

   *Tribunal. Si es un tribunal federal, indique el distrito, si es un tribunal estatal, indique el condado o sala.*

   _____

3. Docket number.
   *Número asignado.*   _____

4. Name of judge to whom the case is assigned.
   *Nombre del juez a quien se le asignó el caso.*

   _____

5. Disposition. For example: Was the case dismissed? Was it appealed? Is it still pending?

   *Disposición. Por ejemplo: ¿Se desestimó el caso? ¿Se apeló? ¿Se encuentra aún pendiente?*

   _____

6. Approximate date of filing lawsuit.
   *Fecha aproximada en que radicó el pleito.*

   _____

7. Approximate date of disposition.
   *Fecha aproximada en que se resolvió el pleito.*

   _____

II. Place of confinement.
    *Lugar actual de reclusión.*

   A. Is there a prisoner's grievance procedure in the institution?
      *¿Existe un procedimiento de quejas y agravios para los confinados en la institución?*

      (✓) Yes *(Sí)*                    ( ) No

   B. Did you present the facts related to your complaint in the state prisoner's grievance procedure?
      *¿Presentó usted los hechos de su querella bajo el procedimiento de quejas y agravios para confinados?*

      ( ) Yes *(Sí)*                    (X) No

   C. If your answer is yes,
      *Si su contestación es afirmativa,*

      1. What steps did you take?
         *¿Qué medidas tomó usted?*

         Hable con la Superintendente sra. Ingrid Morales.
         _____

      2. What was the result?
         *¿Cuál fue el resultado?*

         Ninguno
         _____

   D. If your answer is No, explain why not.
      *Si su contestación es No, explique porqué.*

      Debido a que al hablar del asunto con la sra. Superintendente Morales pense se resolveria.

42:1983                              -3-

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities?
*Si no existe un procedimiento de quejas y agravios en la institución, ¿se quejó usted con las autoridades de la institución?*

( )  Yes *(Sí)*           ( )  No

F.  If your answer is Yes,
*Si su contestación es en la afirmativa,*

1.  What steps did you take?
    *¿Qué medidas tomó usted?*

    _____

    _____

2.  What was the result?
    *¿Cuál fue el resultado?*

    _____

    _____

III.  Parties.
*Partes.*

In item A below, write your name in the first blank and write your present address in the second blank. Do the same for additional parties, if any, using the reverse side if necessary.

*Bajo la letra A, escriba su nombre en la primera línea y su dirección actual en la segunda línea. Si hay demandantes adicionales, provea la misma información utilizando el dorso si es necesario.*

A.  Name of plaintiff
    *Nombre del demandante*   José R Padró Vázquez

    Address
    *Dirección*   Inst. Regional del Sur, Ponce Principal
                  Fase 2 Minima Q azul #213
                  Ponce by pass 3699 Ponce, P.R.
                  00728-1500

42:1983                            -4-

In item B below, write the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the name, position and place of employment of any additional defendant.

*Bajo la letra B, escriba en la primera línea el nombre completo del demandado, en la sgunda línea escriba el puesto que ocupa y en la tercera línea escriba el lugar donde está empleado. Utilice el apartado C para escribir el nombre, puesto y lugar de empleo de otro demandado.*

B.  Defendant  
    *Demandado*    <u>Carolina Catering Corporation</u>

   is employed as  
   *está empleado como*    _____

   at  
   *en*    <u>Puerto Rico.</u>

IV. Statement of Claim.  
    *Relación de Hechos.*

State here, as briefly as possible, the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates or statutes. Do not give any legal arguments or cite any cases or statutes. If you intend to allged a number of related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet if necessary.

*Escriba brevemente los hechos del caso. Describa la participación de cada uno de los demandados. Incluya también los nombres de otras personas que tuvieron participación, las fechas y los estatutos. No presente argumentos legales ni cite precedentes ni estatutos. Si usted quiere presentar varias reclamaciones, enumérelas y hágalo en párrafos por separado. Puede utilizar otra hoja de papel si lo considera necesario.*

<u>Pursuant to Rule 8 of the Federal Rules of Civil Procedure, Plaintiff José R Padró Vázquez Brings this action against Defendant Carolina Catering Corporation, alleging violation of Federal Law and seeking relief for the overcharging of postage stamps and commissary items to inmates in Puerto Rico, 2-3 times more for items Compared to the prices in the Free Community.</u>

42:1983                                     -5-

Unlawful overcharging. Defendant Carolina Catering's practice of Charging excessive Prices for Postage Stamps and Commissary Items Constitutes an unlawful and unreasonable Practice. Violation of federal law Carolina Catering's actions may Violate Federal laws and regulations governing the Operation of Commissaries in Correctional facilities.

V. Request for Relief.
*Solicitud de Remedio.*

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*Indique brevemente lo que usted espera que el tribunal haga por usted. No escriba argumentos legales ni cite precedentes ni estatutos.*

Respectfully requests that this Court Declare Defendant Carolina Catering's practices unlawful And unreasonable Order Carolina Catering to cease And desist from overcharging inmates for postage Stamps and Commissary items. Grant such other and further relief as The Court deem Just and proper.

I declare under penalty of perjury that the foregoing is true and correct.
*Declaro bajo pena de perjurio que lo anterior es cierto y correcto.*

Signed this __4__ day of __Septiembre__ of __2025__ .
             (día)              (mes)              (año)

Jose R Padro Vazquez
Plaintiff's signature
*Firma del demandante*

42:1983                              -6-